IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | NO. 5:10cr13 |
| | § | JUDGE _____ |
| MICHAEL ALLEN HAMMONDS | § | |

**INDICTMENT**

THE UNITED STATES GRAND JURY CHARGES:

**Count One**

VIOLATION: 8 U.S.C. § 876 (Mailing threatening communication)

On or about April 13, 2009, in Grayson County, in the Eastern District of Texas, and elsewhere, the Defendant, Michael Allen Hammonds, knowingly did cause to be delivered by the Postal Service according to the directions thereon a written communication, dated April 7, 2009, addressed to Richard A. Schell, 302 Federal Building, 101E. Pecan St., Sherman, TX 75090, and containing a threat to injure United States District Court Judge Richard Schell, to-wit:

> Judge, Shell                4-7-9
>
> you Took 55 months of my life I just wanted to Tell you it's Nbought over And one day you will have To Pay for the 55 months you gave me my way I will See you when the 55 months is over.
>
> George
> Michael Hammonds

1

In violation of 18 U.S.C. § 876.

### Count Two

VIOLATION:  8 U.S.C. § 876 (Mailing threatening communication)

On or about July 26, 2009, in Grayson County, in the Eastern District of Texas, and elsewhere, the Defendant, Michael Allen Hammonds, knowingly did cause to be delivered by the Postal Service according to the directions thereon a written communication, addressed to Richard A. Shell, 302 Federal Building, 101E. Pecan St., Sherman, TX 75090, and containing a threat to injure United States District Court Judge Richard Schell, to-wit:

> Richard A. Shell
>
> I guess you thought I'm playing I'm not Playing See you when I get out. Sleep Well
>
> Promise
>
> [signature]

In violation of 18 U.S.C. § 876.

2

A TRUE BILL

_____
GRAND JURY FOREPERSON

JOHN M. BALES
UNITED STATES ATTORNEY

_____     APRIL 8, 2010
GREGG A. MARCHESSAULT          Date
Assistant United States Attorney

## NOTICE OF PENALTY

### Count One and Count Two

Violation:            8 U.S.C. § 876 (Mailing threatening communication)

Penalty:              A fine of not more than $250,000; imprisonment for not more than 5 years, but if the communication is addressed to a United States Judge then imprisonment for not more than 10 years; a term of supervised release of not more than 3 years.

Special Assessment:   $100.00