IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | NO.  5:10CR13 |
| | § | Judge Folsom |
| MICHAEL ALLEN HAMMONDS | § | |

## NOTICE OF PLEA AGREEMENT

The United States of America, by its undersigned counsel, would show the Court that the defendant, **Michael Allen Hammonds**, and the government have entered into a written plea agreement in relation to the charges now pending before this Court.

Respectfully submitted,

JOHN M. BALES
UNITED STATES ATTORNEY

*/s/ Gregg A.  Marchessault*
GREGG A.  MARCHESSAULT
Assistant United States Attorney
Texas Bar No. 12969400
110 N. College, Suite 700
Tyler, Texas  75702
(903) 590-1400
(903) 590-1439 Fax
Gregg.Marchessault@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that this Notice of Plea Agreement has been served on counsel of record via the Court's CM/ECF filing system on May 11, 2010.

*/s/ Gregg A.  Marchessault*
GREGG A.  MARCHESSAULT