IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | NO. 5:10cr13 |
| § | JUDGE FOLSOM |
| MICHAEL ALLEN HAMMONDS § | |

## FACTUAL RESUME

Investigation by the Federal Bureau of Investigation (FBI) and the United States Marshals Service disclosed the following facts that establish that I, the Defendant, Michael Allen Hammonds, committed the conduct described in Counts 1 and 2 of the Indictment, which charge violations of 18 U.S.C. § 876 (Mailing a threatening communication). I agree that the following factual basis is true and correct:

1. On April 13, 2006, in the U.S. District Court for the Eastern District of Texas, I was charged with the offense of bank robbery (18 U.S.C. § 2113) in case number 4:06cr75. Thereafter, I entered a plea of guilty to this offense. On October 20, 2006, I was sentenced to 55 months imprisonment for this offense by U.S. District Judge Richard A. Schell.

2. In April 2009, I was incarcerated at the Federal Correctional Institution (FCI) at Butner, North Carolina due to my bank robbery conviction. At this location, on or about April 7, 2009, I mailed through the United States Postal Service a letter addressed to:

Richard A. Schell

302 Federal Building
101E. Pecan St.
Sherman, TX 75090

I am aware that this letter was delivered to the U.S. Courthouse in Sherman, TX on or about April 13, 2009. This letter contained a threat to injure U.S. District Court Judge Richard Schell, as follows:

> Judge, Shell                               4-7-9
>
> You Took 55 months of my life I just wanted To Tell you it's &bought over And one day you will have To Pay for the 55 months you gave me any way I will See you when the 55 months is over.
>
> Monroe
> [signature]

3.  On June 24, 2009, at FCI Butner, I waived my rights to remain silent and was interviewed by FBI Special Agent (SA) Kinney concerning the above letter. At that time, I admitted to writing and mailing the letter to Judge Schell. I explained that I had mailed the letter to Judge Schell because I was angry with him for sentencing me to 55 months in prison. I told Special Agent Kinney that I intended to physically confront Judge Schell upon my release from prison. When asked what I would do during this physical confrontation, I responded that this was between Judge Schell and myself.

4.  In July 2009, I was still incarcerated at the FCI Butner, North Carolina. At

this location, I mailed through the United States Postal Service a letter addressed to:

> Richard A. Shell
> 302 Federal Building
> 101E. Pecan St.
> Sherman, TX 75090

I am aware that this letter was delivered to the U.S. Courthouse in Sherman, TX on or about July 26, 2009. This letter contained a threat to injure Judge Schell, as follows:

> Richard A. Shell
>
> I guess you thought I'm playing I'm not Playing See you when I get out. Sleep Well!
>
> Promise

5.  On September 29, 2009, at FCI Butner, I waived my rights to remain silent and was interviewed by FBI SA Kinney concerning the above second letter. At that time, I admitted to writing and mailing the letter to Judge Schell. I explained that I was still angry at Judge Schell for the sentence that he had imposed. I also told him that I intend to do Judge Schell physical harm once I am released from prison. I told SA Kinney that I am serious, but that I do not intend on having any of my fellow Texas Aryan Brotherhood

Page -3-

gang members intervene on my behalf with Judge Schell.

6. I am aware that Sherman, TX is in Grayson County, in the Eastern District of Texas.

7. I acknowledge that these acts constitute violations of 18 U.S.C. § 876 (Mailing a threatening communication). I hereby stipulate that the facts described above are true and correct and I accept them as the uncontroverted facts of this case.

Dated: 5/10/10

_____
Michael Allen Hammonds
Defendant

### Defendant's counsel's signature and acknowledgment:

I have read this Factual Resume and the Plea Agreement in this matter and have reviewed them with my client. Based upon my discussions with my client, I am satisfied that he understands the terms and effects of the Factual Resume and the Plea Agreement and that he is signing this Factual Resume voluntarily.

Dated: 5/10/10

_____
Craig L. Henry
Attorney for Defendant